AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-CV-06918

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>County of Los Angeles</u> was received by me on *(date)* <u>8/11/2025</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Ricky Espinoza</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>County of Los Angeles</u> on *(date)* <u>Tue, Aug 12 2025</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ <u>0.00</u> for travel and $ <u>88.60</u> for services, for a total of $ <u>$88.60</u>.

I declare under penalty of perjury that this information is true.

Date: 08/12/2025

*Server's signature*

Dean DeVito, Registered Process Server #2023134466 - LA County

*Printed name and title*

Process2serve, LLC
201 N Brand Blvd., Unit 200, Glendale, CA 91203

*Server's address*

Additional information regarding attempted service, etc.:
**Also Served: Complaint; Notice of Assignment to United States Judges; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Standing Order for Civil Cases Assigned to Judge Stanley Blumenfeld, Jr. [Updated 3/1/2024]**

Successful Attempt: Aug 12, 2025, 3:36 pm PDT at 500 W Temple Street Room 383 (Clerks Office), Los Angeles, CA 90012 received by **Ricky Espinoza, Deputy Clerk**; Age: 43-48; Ethnicity: Hispanic; Gender: Male; Weight: 210.