UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL SOLORIO,<br><br>    Plaintiff(s),<br><br>v.<br><br>COUNTY OF LOS ANGELES et al.,<br><br>    Defendant(s). | Case No. 2:25-cv-06918-SB-SK<br><br><br>ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION |

Plaintiff filed his complaint against the County of Los Angeles and 14 other defendants on July 28, 2025. On August 12, 2024, Plaintiff effectuated service on the County of Los Angeles. See Dkt. No. 26. The County failed to timely respond, and Plaintiff has not sought entry of default. Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than September 17, 2025, why his claims against the County of Los Angeles should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15.

The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before September 17, 2025, of an application for entry of default under Federal Rule of Civil Procedure 55(a). The filing of such an application shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims against Defendant County of Los Angeles.

Date: September 8, 2025

                                          Stanley Blumenfeld, Jr.
                                        United States District Judge