UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 25-06918-SK                                    Date: March 12, 2026
Title      Miguel Solorio v. County of Los Angeles et al

Present:  The Honorable:  Steve Kim, United States Magistrate Judge

|                Connie Chung                |                   n/a                   |
| :----------------------------------------: | :-------------------------------------: |
|                Deputy Clerk                |         Court Reporter / Recorder       |

Attorneys Present for Plaintiff(s):        Attorneys Present for Defendant(s):

         None present                                  None present

**Proceedings:**        (IN CHAMBERS) **ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

For the reason indicated below, Plaintiff is ordered to show cause on or before March 26, 2026, why Defendants The Estate of Kevin C. Lloyd and The Estate of Ray Peavy should not be dismissed for lack of prosecution.  Link v. Wabash R. Co., 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a Defendant within 90 days after the complaint is filed.  Plaintiff has failed to file a proof of service within 90 days of the filing of the First Amended Complaint on the indicated Defendants.  Plaintiff can satisfy this order by showing that service was effectuated within the 90 day deadline or by showing good cause for the failure to do so.  Fed. R. Civ. P. 4(m).

Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument.  The Order to Show Cause will stand submitted upon the filing of Plaintiff's response.  Failure to respond to this Order to Show Cause will be deemed consent to the dismissal of the indicated Defendants.

IT IS SO ORDERED.

---